Divya S. Gupta (SBN 284282)
*gupta.divya@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Blvd., Suite 2000
Costa Mesa, CA 92626
Tel: (714) 800-1400; Fax: (714) 800-1499

Michelle S. Grant*
*grant.michelle@dorsey.com*
**DORSEY & WHITNEY LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
*\*Pro Hac Vice Forthcoming*

Attorneys for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., UnitedHealthcare Insurance Company, UHC of California, United HealthCare Service LLC, United Behavioral Health, Inc., OptumInsight, Inc., Optum Services, Inc., and Optum, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CREATIVE CARE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., a Delaware corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UHC OF CALIFORNIA, a California corporation; UNITED HEALTHCARE SERVICES LLC, a Delaware limited liability company; UNITED BEHAVIORAL HEALTH, INC. a California corporation; OPTUMINSIGHT, INC., a Delaware corporation; OPTUM SERVICES, INC., a Delaware corporation; OPTUM, INC., a Delaware corporation; VIANT, INC., a Nevada corporation; MULTIPLAN, INC., a New York corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.<br><br>[Superior Court of the State of California, County of Orange, Case No. 30-2019-01116449-CU-BC-CJC]<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**<br><br>[Filed Concurrently With Notice of Removal of Action to Federal Court; Declaration of Julie Bullock; Civil Case Cover Sheet; Notice of Related Cases]<br><br>Complaint Filed: December 5, 2019 |

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**

The undersigned counsel for UnitedHealth Group Incorporated, United Healthcare Services, Inc., UnitedHealthcare Insurance Company, UHC of California, United Healthcare Service LLC, United Behavioral Health, Inc., OptumInsight, Inc., Optum Services, Inc. and Optum, Inc. certifies that these parties are non-governmental corporate parties, and further that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

1. UnitedHealth Group Incorporated, a publicly held corporation, does not have a parent corporation, nor is there any publically held corporation that owns 10% or more of UnitedHealth Group Incorporated's stock.

2. United HealthCare Services, Inc. is a direct, 100%-owned subsidiary of UnitedHealth Group Incorporated.

3. UnitedHealthcare Insurance Company is an indirect, 100%-owned subsidiary of UnitedHealth Group Incorporated.

4. UHC of California is an indirect, 100%-owned subsidiary of UnitedHealth Group Incorporated.

5. UnitedHealthcare Service LLC is an indirect, 100%-owned subsidiary of UnitedHealth Group Incorporated.

6. United Behavioral Health, Inc. is an indirect, 100%-owned subsidiary of UnitedHealth Group Incorporated.

7. OptumInsight, Inc. is an indirect, 100%-owned subsidiary of UnitedHealth Group Incorporated.

8. Optum Services, Inc. is an indirect 100%-owned subsidiary of UnitedHealth Group Incorporated.

9. Optum, Inc. is an indirect 100%-owned subsidiary of UnitedHealth Group Incorporated.

| | | |
|---|---|---|
| 1 | Dated: January 22, 2020 | DORSEY & WHITNEY LLP |
| 2 | | |
| 3 | | By */s/ Divya S. Gupta* |
| | | Divya S. Gupta |
| 4 | | Michelle S. Grant |
| 5 | | Attorneys for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., UnitedHealthcare Insurance Company, UHC of California, United HealthCare Service LLC, United Behavioral Health, Inc., OptumInsight, Inc., Optum Services, Inc., and Optum, Inc. |

3

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 2000, Costa Mesa, CA 92626. On January 22, 2020, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**

SERVED UPON:  Callahan & Blaine, APLC
Daniel J. Callahan
Edward Susolik
Richard T. Collins
Damon D. Eisenbrey
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY ELECTRONIC MAIL) The above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail") to each of the e-mail addresses listed, and no errors were reported.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Legal Solution to receive documents to be delivered on the same date. A proof of service signed by the courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on January 22, 2020, at Costa Mesa, California.

*Vanessa J. Claridge*
Vanessa J. Claridge